IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR J. JENKINS,
    Plaintiff,

vs.                      Case No.: 3:14cv480/RV/EMT

VINCE WHIBBS AUTOMOTIVE GROUP,
ROBERT MEAD WHIBBS, and
CLINT FITCH,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 14, 2014 (doc. 12).  Plaintiff has been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 16th day of December, 2014.


                            /s/ *Roger Vinson*
                            **ROGER VINSON**
                            **SENIOR UNITED STATES DISTRICT JUDGE**